IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL GONZALEZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-cv-04031 |
| | § | |
| BLUEGREEN VACATIONS | § | |
| CORPORATION, BLUEGREEN | § | |
| VACATIONS UNLIMITED, INC., | § | |
| BLUEGREEN NEVADA, LLC., | § | |
| BLUEGREEN RESORTS MANAGEMENT | § | |
| and BG CLUB 36 OWNERS | § | |
| ASSOCIATION, INC. | § | |
| *Defendants*. | § | |

**PLAINTIFF'S MOTION TO DISMISS UNDER RULE 41**

TO THE HONORABLE JUDGE LYNN N. HUGHES.:

COMES NOW, PLAINTIFF MANUEL GONZALEZ, and respectfully files this Motion to Dismiss pursuant to Rule 41 (a) (2) without prejudice and as cause therefore would show the Honorable Court as follows:

### I.   BACKGROUND

1.   Plaintiff Manuel Gonzalez sustained serious bodily injuries and damages as a direct and proximate result of the negligence of Defendants BLUEGREEN VACATIONS CORPORATION, BLUEGREEN VACATIONS UNLIMITED, INC., BLUEGREEN NEVADA, LLC., BLUEGREEN RESORTS MANAGEMENT and BG CLUB 36 OWNERS ASSOCIATION, INC. (collectively referred to herein as the "Defendants").

2. On August 16, 2020, Plaintiff was in the pool area when he slipped and fell in an area that should have had a slip resistant surface. As a result of this dangerous condition, Plaintiff fell and sustained severe and extensive injuries to his body (the "Fall").

3. On October 30, 2020, Plaintiff sued Defendants in the 190th Judicial District Court of Harris County, Texas in a cause styled: 2020-70195, *Manuel Gonzalez vs Bluegreen Vacations Corporation, Bluegreen Vacations Unlimited, Inc., and Bluegreen Nevada, LLC,* In the 190th District Court, Harris County, Texas.

4. Defendant filed their Notice of Removal on November 25, 2020. Plaintiff received the Notice on November 25, 2020 via e-serve by defense counsel's office.

## MOTION TO DISMISS PURSUANT TO RULE 41 (a) (2)

5. Due to recent turnover in attorney and staff in Plaintiff's attorney's office, recent revelation of different defendants by defense counsel, and the fact that Plaintiff is still treating, Plaintiff would show the Court that this case is not ready for litigation at this time, and Plaintiff no longer desires to prosecute this matter. Therefore, Plaintiff moves this Court to dismiss this action under Rule 41 (a) (2) of the Federal Rules of Civil Procedure without prejudice to Plaintiff's right to refile the claim at some future date.

6. Further, Plaintiff would show the Court that Defense counsel just late yesterday (9/23/2021) supplemented and produced for the first time documents including an incident report that details a plethora of witness statements, witnesses and information that Plaintiff did not have until just now. Given the upcoming deadlines on the Scheduling order in this matter, Plaintiff has been prejudiced with the late disclosure of these documents and identification of these witnesses that should have been disclosed months ago with Defendants' initial disclosures.

7. Plaintiff would show the Court that at the time of filing this Motion to Dismiss there is no counterclaim from the Defendant on file in this matter.

8. No discovery has been undertaken in this matter since the time that Defendant filed its notice of removal on November 25, 2020.

9. For these reasons, Plaintiff asks the Court to grant the Motion to Dismiss without prejudice.

Respectfully Submitted,

**LAW OFFICES OF DOMINGO GARCIA, L.L.P.**

12929 Gulf Freeway
Houston, Texas 77034
Telephone:(713) 349-1500
Facsimile: (713) 432-7785

*/s/ Leena Joseph*
LEENA JOSEPH
Attorney in Charge
Texas Bar No. 24084374
Federal ID No. 3085374
ljoseph@millerweisbrod.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I certify that on the 29th day of September, 2021, a true and correct copy of the foregoing Plaintiff's Motion to Dismiss Under Rule 41 was served on counsel of record as follows:

Via Eserve
Evan N. Kramer / Urvashi Morolia
THOMPSON COE COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas 77056

            */s/ Leena Joseph*
            **LEENA JOSEPH**